**FILED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

FEB 1 2 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: **W13CR039** |
| Plaintiff, | ) | **INDICTMENT** |
| VS. | ) | [VIO: 18 U.S.C. §§ 7(3) & 13 and T.P.C. §§ 38.04(a) & 38.04(b)(2)(A) – Evading Arrest Using a Vehicle] |
| SHANNON I. TWIST | ) | |
| Defendant. | ) | |

THE GRAND JURY CHARGES:

That on or about the 18th day of January 2013, at the Fort Hood Military Reservation, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, the defendant,

SHANNON I. TWIST

did intentionally flee from a person she knew to be a peace officer attempting to lawfully detain her, to wit: Military Police Officer Charlie T. Briley.

It is further presented in and to said Court that the defendant used a vehicle while she was in flight, to wit: a Chevrolet Silverado, Texas License Plate #BV99978, all in violation of Title 18, United States Code, Sections 7(3) and 13 and Texas Penal Code, Sections 38.04(a) and 38.04(b)(2)(A).

A TRUE BILL:

SEALED DOCUMENT PURSUANT
TO E-GOVERNMENT ACT OF 2002

FOREPERSON

ROBERT PITMAN
UNITED STATES ATTORNEY

BY: _____
EVAN C. R. WILLIAMS
Special Assistant United States Attorney

SEALED \_\_\_\_\_
UNSEALED __X__

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

DATE: _5 FEB 2013_        MAG CT. #_____        CASE NO. **W13CR039**
COUNTY: _Bell_

JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _Evan Williams (SAUSA)_

DEFENDANT: _Shannon I. Twist_                                DOB: ███████

CITIZENSHIP:           United States _X_    Mexican _____    Other _____
INTERPRETER NEEDED:    Yes _____              No _X_    Language _____

DEFENSE ATTORNEY: _____

DEFENDANT IS:   In Jail _____    WHERE: _____
                On Bond _X_

PROSECUTION BY:    INFORMATION _____        INDICTMENT _X_

OFFENSE: (Code & Description): _18 U.S.C. §§ 7(3) & 13 and T.P.C. §§ 38.04(a) & 38.04(b)(2)(A) – Evading Arrest Using a Vehicle_

OFFENSE IS:    FELONY _X_        MISDEMEANOR _____

MAXIMUM SENTENCE: _2-10 years confinement, $250,000 fine, $100 SA_

PENALTY IS MANDATORY:    YES concerning: Special Assessment and TSR

REMARKS: