

U.S. Department of Justice
United States Attorney

**United States District Court**
Western District of Texas
Waco Division

FILED

FEB 1 2 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CRIMINAL NO. W13CR039 |
| ) | |
| SHANNON I. TWIST ) | |

## ORDER FOR BENCH WARRANT

It appearing to the Court that an indictment has been returned against the below named defendant(s), it is hereby ORDERED that warrant issue for the arrest of said defendant(s), and bail is hereby fixed in the amount(s) shown below, returnable instanter to the Waco Division of this Court, such bail to be taken by any United States Magistrate Judge.

| Defendant | Recommended Amount of Bail |
|---|---|
| SHANNON I. TWIST | NO BOND |

ENTERED at Waco, Texas, this 12th day of February, 2013.

~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE