IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. W-13-CR-39 |
| ) | |
| Plaintiff, ) | **SUPERSEDING INFORMATION** |
| ) | [Count One: 18 U.S.C. §§7(3) & 13 and |
| v. ) | T.T.C. § 545.421(a) – Fleeing or |
| ) | attempting to elude police officer |
| SHANNON I. TWIST ) | Count Two: 18 U.S.C18 U.S.C. §§7(3) & |
| ) | 113(a)(4) - Assault] |
| Defendant ) | |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. §§7(3) & 13 and T.T.C. § 545.421(a)]

On or about January 18, 2013, at the Fort Hood Military Reservation in the Western District of Texas, an area within the special maritime and territorial jurisdiction of the United States, Defendant

SHANNON I. TWIST

did operate a motor vehicle and willfully refuse to bring the vehicle to a stop or flee, or attempt to elude, a pursuing police vehicle when given a visual or audible signal to bring the vehicle to a stop, in violation of Title 18, United States Code, Sections 7(3) & 13 and Texas Transportation Code Section 545.421(a).

<u>COUNT TWO</u>
[18 U.S.C18 U.S.C. §§7(3) & 113(a)(4) – Assault]

On or about January 18, 2013, at the Fort Hood Military Reservation in the Western District of Texas, an area within the special maritime and territorial jurisdiction of the United States, Defendant

FILED
AUG 22 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

SHANNON I. TWIST

did commit an assault by striking, beating, and wounding another, to wit: Mr. Craig Brownlee, in violation of Title 18, United States Code, Sections 7(3) & 113(a)(4).

ROBERT PITMAN
United States Attorney

By _____
CORINNE M. FOLEY PETERSEN
Special Assistant U. S. Attorney

UNSEALED

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE:     AUGUST 22, 2013   MPR #: 05900-12     CASE NO. W-13-CR-39
COUNTY:   BELL
JUDGE:    JEFFREY MANSKE
S.A.U.S.A.: CORINNE M. FOLEY PETERSEN

DEFENDANT:

SHANNON I. TWIST

OFFENSE & MAXIMUM PUNISHMENT:

**SUPERSEDING INFORMATION**

Count One: 18 U.S.C. §§7(3) & 13 and T.T.C. § 545.421(a) – Fleeing or attempting to elude police officer – One year confinement; $4,000 fine; $25 SA.

Count Two: 18 U.S.C. §§ 7(3) & 113(a)(4) - Assault – Six months confinement; $5,000 fine; $10 SA.